No. 279, Misc. SCOTT v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied. *Raymond E. LaPorte* for petitioner.

No. 282, Misc. NASH v. REINCKE, WARDEN. Sup. Ct. Conn. Certiorari denied.

No. 283, Misc. CAGNOLATTI v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 285, Misc. DAVIS v. CALIFORNIA MEDICAL FACILITY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 286, Misc. ODDY v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 291, Misc. PEMBERTON v. OHIO. C. A. 6th Cir. Certiorari denied. *Lee C. Davies, Robert K. Lewis, Jr.,* and *Louis A. Dirker* for petitioner. *James V. Barbuto* and *Stephan M. Gabalac* for respondent.

No. 293, Misc. COPELAND v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 295, Misc. McGUIRE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 297, Misc. THOMPSON v. EVENING STAR NEWSPAPER Co. C. A. D. C. Cir. Certiorari denied. *Charles P. Howard, Jr.,* for petitioner.

No. 298, Misc. REDD v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.